Daniel Eli, Esq., State Bar No. 192019
Kimberly R. Arnal, Esq., State Bar No. 200448
**BLACK, COMPEAN, HALL & ELI**
A Limited Liability Partnership
700 South Flower Street, Ste. 3350
Los Angeles, CA 90017
Telephone:  (213) 629-9500
Facsimile:  (213) 629-4868
E-mail:  deli@blackcompeanhall.com
             karnal@blackcompeanhall.com

Attorneys for Plaintiffs Travelers Property Casualty Company of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> RANEY GEOTECHNICAL, INC. and ACE AMERICAN INSURANCE COMPANY <br><br> Defendants. | Case No. 2:11-CV-02011-LKK-GGH <br><br> **ORDER RE CONTINUANCE OF STATUS CONFERENCE** |

## ORDER

Good cause having been shown, IT IS HEREBY ORDERED that the Status Conference in this matter be continued from October 17, 2011 to January 23, 2012 at 2:00 p.m. and that all attendant dates including the Rule 26(a) initial disclosure deadline be calculated from the new Status Conference date.

Dated:  October 13, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-

[Proposed] Order re Continuance of Status Conference