Daniel Eli, Esq., State Bar No. 192019
Kimberly R. Arnal, Esq., State Bar No. 200448
**BLACK, COMPEAN, HALL & ELI**
A Limited Liability Partnership
700 South Flower Street, Suite 3350
Los Angeles, CA 90017
Telephone:  (213) 629-9500
Facsimile:  (213) 629-4868
E-mail:  deli@blackcompeanhall.com
            karnal@blackcompeanhall.com

Attorneys for Plaintiff
Travelers Property Casualty Company of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br>Plaintiffs, <br><br>vs. <br><br>RANEY GEOTECHNICAL, INC. and ACE AMERICAN INSURANCE COMPANY <br><br>Defendants. | Case No. 2:11-CV-02011-LKK-GGH <br><br>**ORDER RE EXTENDING TIME FOR DEFENDANTS RANEY GEOTECHNICAL, INC. AND ACE AMERICAN INSURANCE COMPANY TO RESPOND TO COMPLAINT** |

Good cause having been shown, IT IS HEREBY ORDERED that the time for Defendants Raney Geotechnical, Inc. and Ace American Insurance Company to respond to Plaintiff's Complaint is extended to December 21, 2011.

Dated: November 21, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT