UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                                    NO. CIV. S-11-2011 LKK/GGH

            Plaintiff,

      v.

                                         O R D E R

RANEY GEOTECHNICAL, INC.,
and ACE AMERICAN INSURANCE
COMPANY,

            Defendants.
_____/

      On October 14, 2011, the court issued an order setting a

status conference for January 23, 2012.  Order, ECF No. 10.  Craig

E. Farmer, counsel for Defendant Raney Geotechnical, Inc., did not

appear for the status conference.

      Accordingly, the court orders that Craig E. Farmer, is hereby

ORDERED TO SHOW CAUSE in writing within fourteen (14) days of the

date of this order why sanctions of $150 should not issue in the

above-captioned case, as permitted by Local Rule 110.

      IT IS SO ORDERED.

      DATED:  January 24, 2012.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

1