UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                        NO. CIV. S-11-2011 LKK/GGH

    Plaintiff,

  v.

                        O R D E R

RANEY GEOTECHNICAL, INC.,
and ACE AMERICAN INSURANCE
COMPANY,

    Defendants.
_____/

    A status conference was held in chambers on January 23, 2012. After hearing, the court orders as follows:

    1.   A further status conference is set for March 12, 2012 at 3:00 p.m.

    IT IS SO ORDERED.

    DATED: January 24, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT