UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

        NO. CIV. S-11-2011 LKK/GGH

    Plaintiff,

  v.

        O R D E R

RANEY GEOTECHNICAL, INC.,
and ACE AMERICAN INSURANCE
COMPANY,

    Defendants.
_____/

A status conference was held in chambers on March 12, 2012. After hearing, the court orders as follows:

1. A further status conference is set for April 16, 2012 at 1:30 p.m.
2. The parties shall file updated status reports no later than April 9, 2012.

IT IS SO ORDERED.

DATED: March 13, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1