Daniel Eli, Esq., State Bar No. 192019
Kimberly R. Arnal, Esq., State Bar No. 200448
**BLACK, COMPEAN, HALL & ELI**
A Limited Liability Partnership
700 South Flower Street, Ste. 3350
Los Angeles, CA 90017
Telephone: (213) 629-9500
Facsimile: (213) 629-4868
E-mail: deli@blackcompeanhall.com
         karnal@blackcompeanhall.com

Attorneys for Plaintiffs Travelers Property Casualty Company of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RANEY GEOTECHNICAL, INC. and ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendants. | Case No. 2:11-CV-02011-LKK-GGH<br>[Assigned to Honorable Lawrence K. Karlton – Courtroom 4]<br><br>**ORDER RE FILING OF AMENDED PLEADINGS** |

## ORDER

Based on the Stipulation filed with the Court on March 28, 2012, and good cause shown, it is hereby ordered that TRAVELERS be given leave to file a First Amended Complaint within 10 days of the date this order has been entered. It is hereby further ordered that defendants ACE and RANEY be given leave to file Amended Counterclaims within 20 days of the date Travelers files its First

-1-

ORDER RE FILING AMENDED PLEADINGS

Amended Complaint.

Dated: April 2, 2012

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```