**THE AGUILERA LAW GROUP APLC**
A. Eric Aguilera, State Bar No. 192390
Daniel Eli, Esq., State Bar No. 192019
Kimberly R. Arnal, Esq., State Bar No. 200448
700 South Flower Street, Ste. 3350
Los Angeles, CA 90017
Telephone: (213) 929-1330
Facsimile: (714) 384-6601
E-mail: deli@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiffs Travelers Property Casualty Company of America

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>RANEY GEOTECHNICAL, INC. and ACE AMERICAN INSURANCE COMPANY<br><br>Defendants. | Case No. 2:11-CV-02011-LKK-GGH<br><br>**ORDER RE CONTINUING HEARING DATE FOR ACE'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY SUMMARY ADJUDICATION** |

## ORDER

Good cause having been shown, IT IS HEREBY ORDERED that the hearing date for Ace American Insurance Company's motion for summary judgment in this matter be continued from February 11, 2013 to March 11, 2013 at 10:00 a.m. and that all attendant dates including oppositions and replies be calculated from the

-1-

[PROPOSED] ORDER RE CONTINUANCE OF ACE'S MSJ HEARING DATE

1 | new hearing date.

3 | Dated: January 25, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated: January 15, 2013  **THE AGUILERA LAW GROUP APLC**

By: _____/s/    Kimberly Arnal_____
A. Eric Aguilera
Daniel Eli
Kimberly R. Arnal
Attorneys for Plaintiff Travelers Property Casualty Company of America