UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                              NO. CIV. S-11-2011 LKK/GGH

      Plaintiff,

  v.

                              O R D E R

RANEY GEOTECHNICAL, INC.
and ACE AMERICAN INSURANCE
COMPANY,

      Defendants.
_____/

    The court is in receipt of Plaintiff's ex parte application to continue the date of Defendant's motion for summary judgment, ECF No. 66, so that the Magistrate Judge may resolve Plaintiff's pending motion to compel, ECF No. 70.  The court has received Defendant's opposition to Plaintiff's ex parte application, ECF No. 72.

    Accordingly, the court orders as follows:

    [1]  The hearing date for Defendant Ace American Insurance Company's motion for summary judgment in this matter, ECF No. 66, is CONTINUED from March 11, 2013 to May 13,

1

1     2013 at 10:00 A.M.  All attendant dates including
2     oppositions and replies are to be calculated from the
3     new hearing date.
4  [2] The status (pretrial scheduling) order in this case, ECF
5     No. 52, is MODIFIED as follows:
6     [a] The Motion to Compel hearing deadline is CONTINUED
7         from May 13, 2013 to August 12, 2013;
8     [b] The discovery deadline is CONTINUED from June 17,
9         2013 to September 16, 2013;
10    [c] The law and motion deadline is CONTINUED from
11        August 17, 2013 to November 18, 2013;
12    [d] The final pretrial conference is CONTINUED from
13        November 18, 2013 to February 18, 2014, at 2:30
14        P.M.; and
15    [e] The jury trial is CONTINUED from February 25, 2014
16        to May 28, 2014 at 10:30 A.M.
17  IT IS SO ORDERED.
18  DATED:  February 25, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT