RICHARD S. ENDRES, Esq. (SBN 144853)
rendres@londonfischer.com
OMAR A. IQBAL, Esq. (SBN 247010)
oiqbal@londonfischer.com
**LONDON FISCHER LLP**
1 Park Plaza, Suite 740
Irvine, California 92614
Telephone: (949) 252-0550
Facsimile: (949) 252-0553

*Attorneys for Defendant*
ACE AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>RANEY GEOTECHNICAL, INC.; ACE AMERICAN INSURANCE COMPANY<br><br>Defendants. | Case No. 2:11-cv-02011-LKK-EFB<br>Assigned to: The Hon. Lawrence K. Karlton<br>Courtroom: Four (4)<br><br>**ORDER RE ACE'S EX PARTE APPLICATION**<br><br>Trial Date: May 28, 2014<br>Complaint Filed: July 29, 2011 |

## ORDER

IT IS HEREBY ORDERED that the hearing on ACE American Insurance Company's ("ACE's") motion for summary judgment, or alternatively summary adjudication is continued from May 13, 2013 to May 28, 2013, that ACE have until May 13, 2013 to file a reply to Travelers Property Casualty Company of America's ("Travelers'") opposition to its motion, and that the page limit on ACE's reply be increased from 15 pages to 20 pages.

DATED: May 1, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

London Fischer LLP
1 Park Plaza
Suite 740
Irvine, California
92614
(949) 252-0550

1
[PROPOSED] ORDER RE ACE'S EX PARTE APPLICATION