UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                                              NO. CIV. S-11-2011 LKK/GGH

      Plaintiff,

  v.

                                              O R D E R

RANEY GEOTECHNICAL, INC.
and ACE AMERICAN INSURANCE
COMPANY,

      Defendants.
_____/

     Pending before the court in the above-captioned case is a motion for summary judgment filed by Defendant Ace American Insurance. Def's Mot., ECF No. 66. The hearing on Defendant's motion for summary judgment is currently set for May 28, 2013 at 10:00 A.M. See Order, ECF No. 87.

     On May 17, 2013, Plaintiff Travelers Property Casualty Company filed a motion for summary judgment, with a hearing date set for the motion on June 17, 2013 at 9:00 A.M. Pl's Mot., ECF No. 91.

     The court CONTINUES the hearing on Defendant Ace American Insurance's motion for summary judgment to June 17, 2013 at 10:00

1

1  A.M.  Because the court's law and motion calendar begins at 10:00
2  A.M., and not 9:00 A.M., Plaintiff Travelers Property Casualty
3  Company's motion for summary judgment is SET for June 17, 2013, at
4  10:00 A.M.
5       IT IS SO ORDERED.
6       DATED:  May 20, 2013.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```