Daniel Eli, Esq., State Bar No. 192019
Kimberly R. Arnal, Esq., State Bar No. 200448
**AGUILERA LAW GROUP, APLC**
700 South Flower Street, Ste. 3350
Los Angeles, CA 90017
Telephone:  (213) 929-1330
Facsimile:  (213) 929-1331
E-mail:  deli@aguileragroup.com
          karnal@aguileragroup.com

Attorneys for Plaintiffs Travelers Property Casualty Company of America

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                Plaintiffs,<br><br>   vs.<br><br>RANEY GEOTECHNICAL, INC. and ACE AMERICAN INSURANCE COMPANY<br><br>              Defendants. | Case No. 2:11-CV-02011-LKK-GGH<br><br>**STIPULATION FOR DISMISSAL** |

/ / /

/ / /

/ / /

STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS Plaintiff and Counter-Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS"), and Defendants/counter-claimants RANEY GEOTECHNICAL, INC. ("RANEY") and ACE AMERICAN INSURANCE COMPANY ("ACE") have reached a global resolution of this matter.

IT IS HEREBY STIPULATED by and between TRAVELERS, RANEY and ACE, through their designated counsel, that:

1.     TRAVELERS' complaint against ACE and RANEY is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1);

2.     RANEY'S Counterclaim as against ACE and TRAVELERS is hereby dismissed, with prejudice, pursuant to FRCP 41(c);

3.     ACE's Counterclaim as against TRAVELERS is hereby dismissed, with prejudice, pursuant to FRCP 41(c); and

4.     Each party is to bear its own costs.

Dated: June _14_, 2013          **LONDON FISCHER LLP**

By: _____
          Richard S. Endres
          Attorneys for Defendant ACE AMERICAN
          INSURANCE COMPANY

Dated: June _14_, 2013          **FARMER SMITH & LANE LLP**

By: _____
          Craig E. Farmer
          Attorney for Defendant RANEY
          GEOTECHNICAL, INC.'s

STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS Plaintiff and Counter-Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS"), and Defendants/counter-claimants RANEY GEOTECHNICAL, INC. ("RANEY") and ACE AMERICAN INSURANCE COMPANY ("ACE") have reached a global resolution of this matter.

IT IS HEREBY STIPULATED by and between TRAVELERS, RANEY and ACE, through their designated counsel, that:

1.     TRAVELERS' complaint against ACE and RANEY is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1);

2.     RANEY'S Counterclaim as against ACE and TRAVELERS is hereby dismissed, with prejudice, pursuant to FRCP 41(c);

3.     ACE's Counterclaim as against TRAVELERS is hereby dismissed, with prejudice, pursuant to FRCP 41(c); and

4.     Each party is to bear its own costs.

Dated: June ____, 2013          **LONDON FISCHER LLP**

By: _____
    Richard S. Endres
    Attorneys for Defendant ACE AMERICAN
    INSURANCE COMPANY

Dated: June _14_, 2013          **FARMER SMITH & LANE LLP**

By: _____
    Craig E. Farmer
    Attorney for Defendant RANEY
    GEOTECHNICAL, INC.'s

STIPULATION FOR DISMISSAL WITH PREJUDICE

1  Dated: June _14_, 2013                AGUILERA LAW GROUP, APLC

2

3                                        By: _____

4                                              Daniel Eli
                                         Attorneys for Plaintiffs TRAVELERS
5                                        PROPERTY CASUALTY COMPANY OF
                                         AMERICA
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         -3-

1

## PROOF OF SERVICE

2

*Travelers Property & Cas. Co. v. Raney Geotechnical, Inc., et al.*
*USDC Case No. 2:11-CV-02011-LKK-GGH*

3

4

I am employed in the County of Los Angeles, State of California.  I am over
the age of 18 and not a party to the within action; my business address is 700 South
Flower Street, Suite 3350, Los Angeles, California 90017.

5

6

7

On June 14, 2013, I served the foregoing document(s): **STIPULATION FOR
DISMISSAL** on the interested parties in this action as follows:

8

9

**By Electronic Service:**  By causing said document(s) to be served on the
interested parties via electronic service utilizing the Electronic Filing Service
Provider as ordered by this Court.  A copy of the filing receipt page will be
maintained with the original document(s) in this office.

10

11

12

☐   (State)  I declare under penalty of perjury under the laws of the State of
California that the above is true and correct.

13

14

☒  (Federal)  I declare that I am employed in the office of a member of the bar of
this court at whose direction the service was made.

15

16

Executed on June 14, 2013 at Los Angeles, California.

17

18

19

_____
Judy Jaramillo

20

21

22

23

24

25

26

27

28

-1-